IN RE PETITION FOR REINSTATEMENT OF HUGHES.

(D.D. No. 76-1—Decided May 13, 1981.)

*Mr. William J. Abraham,* for petitioner.

*Mr. Charles W. Kettlewell, Mr. Frank E. Quirk, Mr. Mack D. Cook, II,* and *Mr. Vincent A. Tersigni,* for Akron Bar Association.

*Per Curiam.* The evidence in this case indicates that petitioner has not shown that he now possesses the mental, educational and moral qualifications required of a person seeking admission to the Bar of Ohio. We concur in the findings and recommendation of the board of commissioners, and the petition for reinstatement is denied.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY, LOCHER, HOLMES and C. BROWN, JJ., concur.